UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>  v.<br><br>HVIZDZAK CAPITAL MANAGEMENT, LLC; HIGH STREET CAPITAL LLC; HIGH STREET CAPITAL PARTNERS, LLC; SHANE HVIZDZAK; and SEAN HVIZDZAK,<br><br>         Defendants. | No. 1:20-cv-00154-WSH |

**DEFENDANTS SHANE HVIZDZAK, HVIZDZAK CAPITAL MANAGEMENT, LLC, HIGH STREET CAPITAL LLC, AND HIGH STREET CAPITAL PARTNERS, LLC'S <u>MOTION TO STAY PROCEEDINGS</u>**

  Defendants Shane Hvizdzak, Hvizdzak Capital Management, LLC, High Street Capital LLC, and High Street Capital Partners, LLC's ("Defendants"), through their undersigned counsel, hereby move for an order staying further proceedings in this Court pending the resolution of the criminal investigation and any resulting proceedings by the United States Attorney's Office of the Western District of Pennsylvania.

  In support of their Motion, Defendants rely upon and incorporate by reference their Memorandum of Law in Support, which is filed contemporaneously with this Motion. As set forth therein, this Court has broad discretion to issue a stay a civil proceeding pending the resolution of a pending criminal investigation. Although a pending criminal investigation does not automatically entitle defendants to a stay, district courts in the Third Circuit have stayed proceedings under circumstances similar to this matter in order to protect defendants' right to invoke the Fifth Amendment and promote judicial economy, especially when the non-moving

party cannot demonstrate a unique harm that outweighs the burden imposed on defendants' Fifth Amendment rights if a stay is not issued.

Accordingly, Defendants Shane Hvizdzak, Hvizdzak Capital Management, LLC, High Street Capital LLC, and High Street Capital Partners, LLC, respectfully request that this Court enter an order staying all district court proceedings pending the resolution of the criminal investigation by the United States Attorney's Office of the Western District of Pennsylvania into Shane Hvizdzak.

    Respectfully submitted,

    THE GRAIL LAW FIRM

    By:/s/ Efrem M. Grail
    Efrem M. Grail, Esquire
    PA ID NO 81570

    By:/s/ Brian C. Bevan
    Brian C. Bevan, Esquire
    PA ID NO 307488

    The Grail Law Firm
    Koppers Building, 30th Floor
    436 Seventh Avenue
    Pittsburgh, PA 15219
    Phone: (412) 227-2969
    Fax:    (856) 210-7354
    egrail@graillaw.com
    bbevan@graillaw.com

    *Counsel for Defendants,*
    *Shane Hvizdzak, Hvizdzak Capital*
    *Management, LLC, High Street*
    *Capital LLC, and High Street*
    *Capital Partners, LLC*

## CERTIFICATE OF SERVICE

I, EFREM M. GRAIL, ESQUIRE, hereby certify that a true and correct copy of the foregoing **DEFENDANTS SHANE HVIZDZAK, HVIZDZAK CAPITAL MANAGEMENT, LLC, HIGH STREET CAPITAL LLC, AND HIGH STREET CAPITAL PARTNERS, LLC'S MOTION TO STAY PROCEEDINGS** was filed on the date electronically imprinted above with the Clerk of Court using the CM/ECF system and thereby becoming immediately available to all counsel of record.

By: /s/ Efrem M. Grail
Efrem M. Grail, Esquire

*Counsel for Defendants,
Shane Hvizdzak, Hvizdzak Capital
Management, LLC, High Street
Capital LLC, and High Street
Capital Partners, LLC*